UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

TD SRL,

    Plaintiff,

-v-

ITALIA GRANITE SUPPLY, LLC,

    Defendant.

---

ITALIA GRANITE SUPPLY, LLC,

    Third-Party Plaintiff,

-v-

MEDITERRANEAN SHIPPING CO., UNION PACIFIC RAILROD CO., and DAVID & RUBY TRUCKING, LLC

    Third-Party Defendants.

---

25-cv-9362 (JSR)

ORDER

JED S. RAKOFF, U.S.D.J.:

    Pursuant to the telephone conference held with the parties on November 18, 2025, the Court adopts the following briefing schedule for third-party defendant Mediterranean Shipping Company's anticipated motion to dismiss. Moving papers of no longer than 25 pages to be filed no later than December 5, 2025. Answering papers of no longer than 25 pages to be filed no later than December 19, 2025. A reply of no longer than 10 pages may be filed no later than January 2, 2026. The Court will schedule argument on the motions if needed.

    If any other party wishes to file a motion to dismiss or another procedural motion, that party should follow the same briefing schedule.

1

The Court anticipates ruling on the outstanding motions by bottom line no later than January 15, 2026.

SO ORDERED.

Dated:   New York, NY
         November 20, 2025

_____
JED S. RAKOFF, U.S.D.J.